```
              FILED
     CLERK, U.S. DISTRICT COURT

          SEP - 5 2012

     CENTRAL DISTRICT OF CALIFORNIA
     BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>     v.<br><br>JINETT SEDANO<br><br>                Defendant. | Case No.: CR07-787-DSF<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P.32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN BACKGROUND / CHARACTERISTICS
- UNKNOWN BAIL RESOURCES
- ALLEGATION OF FAILURE TO REPORT / ABSCONDING

1

1 | and/or

2 | B.   ( )   The defendant has not met his/her burden of establishing by clear and
3 | convincing evidence that he/she is not likely to pose a danger to the
4 | safety of any other person or the community if released under 18
5 | U.S.C. § 3142(b) or (c). This finding is based on the following:

6 | _____
7 | _____
8 | _____
9 | _____

10
11
12 | IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 | revocation proceedings.
14
15 | Dated: 9/5/12
16 | HONORABLE DAVID T. BRISTOW
    | United States Magistrate Judge

2